UNITED STATES of America,
Plaintiff–Appellee

v.

Fermin MENDEZ, Defendant–
Appellant.

No. 05–50320.

United States Court of Appeals,
Fifth Circuit.

Decided March 9, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and WIENER and PRADO, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the unopposed motion filed by Appellee to vacate sentence is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Appellee to remand case to the district court for resentencing is GRANTED.

In granting the unopposed motion of the United States, this court expresses no opinion on the government's interpretation of *United States v. Hamilton,* 440 F.3d 693 (5th Cir.2006).

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.